UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Case No. 05-cr-22-01-SM

<u>Marie Colokathis</u>

O R D E R

Defendant Colokathis' motion to continue the final pretrial conference and trial is granted (document no. 16). Trial has been rescheduled for the October 2005 trial period. Defendant Colokathis shall file a waiver of speedy trial rights not later than June 22, 2005. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** September 23, 2005 at 2:30 p.m.

**Jury Selection**: October 4, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 14, 2005

cc:   Brian Tucker, Esq.
      Alfred Rubega, AUSA
      US Probation
      US Marshal