UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

    v.                    05-cr-22-01-SM

<u>Marie Colokathis</u>


<u>ORDER</u>

    Re: Document No. 48, Assented to Motion to Reduce Restitution

    Ruling: Denied, without prejudice to refiling, if appropriate. The sentence imposed the lawful obligation to pay the restitution ordered. To the extent that obligation is met in the future, or has been met previously, defendant will satisfy, or she will have already satisfied, her obligation to make the required restitution. The sentence ordinarily is not "reduced" to the extent a defendant either serves the imposed period of incarceration or to the extent ordered restitution is paid. Certainly defendant is entitled to credit toward her restitution obligation when she makes (or to the extent she has in the past) payments. That seems to be a different matter, unrelated to a reduction in the amount ordered to be paid as restitution.

                                          Steven J. McAuliffe
                                          Chief District Judge

Date:  June 26, 2006

cc:  Brian Tucker, Esq.
     Alfred Rubega, AUSA
     US Probation
     US District Court, Financial Administrator